**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| JOHN ARMSTRONG, on behalf of himself individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>TOM JAMES COMPANY,<br><br>     Defendant. | Case No.  3:23-cv-00270<br><br><br>Judge Waverly D. Crenshaw, Jr. |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Plaintiff John Armstrong, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Tom James Company, Inc. without prejudice.


Respectfully submitted,

*s/ Alexandra M. Honeycutt*
Alexandra M. Honeycutt (TN Bar No. 39617)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37292
Tel.: (865) 247-0800
Email: ahoneycutt@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*s/ Alexandra M. Honeycutt*
Alexandra M. Honeycutt (TN Bar No. 39617)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37292
Tel.:     (865) 247-0800
Email:   ahoneycutt@milberg.com